```
 1  RENE L. VALLADARES
    Federal Public Defender
 2  State Bar No. 11479
    MONIQUE KIRTLEY
 3  Assistant Federal Public Defender
    411 E. Bonneville Avenue, Suite 250
 4  Las Vegas, Nevada 89101
    (702) 388-6577
 5  (Fax) 388-6261

 6  Attorneys for Albert Lafarga-Cruz
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00085-APG-PAL |
|---|---|
| Plaintiff, | **MOTION TO REQUEST PRE-TRIAL SERVICES INTERVIEW ALBERT LAFARGA-CRUZ WITH PROPOSED ORDER** |
| vs. | |
| ALBERT LAFARGA-CRUZ, | (Expedited Treatment Requested) |
| Defendant. | |

COMES NOW the defendant, Albert Lafarga-Cruz, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for defendant and files this Motion to Request Pre-trial Services to Interview Mr. Lafarga-Cruz for the following reasons.

DATED this 14th day of May, 2013.

        RENE L. VALLADARES
        Federal Public Defender

        */s/ Monique Kirtley*

        _____
        MONIQUE KIRTLEY
        Assistant Federal Public Defender

**MOTION TO REQUEST PRE-TRIAL SERVICES INTERVIEW
ALBERT LAFARGA CRUZ**

On April 27, 2013, the defendant, Albert Lafarga-Cruz ("Lafarga"), made an initial appearance before Magistrate Judge Cam Ferenbach. Mr. Lafarga was detained as a flight risk and a danger to the community. It appears from the Order that the Court did not have any verifiable information regarding Mr. Lafarga as he had not interviewed with Pre-trial Services. The undersigned counsel filed a Motion to Re-Open Bail. A hearing on the Motion is scheduled for May 21, 2013 at 10:00 a.m. Prior to the hearing, Mr. Lafarga would like the opportunity to be interviewed by Pre-trial Services. In order to have Mr. Lafarga interviewed, the undersigned respectfully requests that this Court order Pre-trial Services to interview him prior to the 10:00 a.m., on May 21, 2013. Undersigned counsel is including a proposed order that would accomplish what is being requested in this motion.

DATED this 14th day of May, 2013.

                                                         Respectfully submitted,

                                                         RENE L. VALLADARES
                                                         Federal Public Defender

                                                         */s/ Monique Kirtley*

                                                         _____
                                                         MONIQUE KIRTLEY
                                                         Assistant Federal Public Defender
                                                         Counsel for Albert Lafarga-Cruz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00085-APG-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| ALBERT LAFARGA CRUZ, | |
| Defendant. | |

The reasons being sound and in the best interests of justice and judicial economy being served.

IT IS ORDERED that Pre-trial Services, ~~if time and resources are available~~ conduct a pre-trial interview ~~on May 21,~~ and the court on or before May 20, 2013 ~~2013 prior to 10:00 a.m.~~ and make the report available to the parties ~~as quickly as possible.~~

DATED this 15th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 14, 2013, she served an electronic copy of the above and foregoing **MOTION TO REQUEST PRE-TRIAL SERVICES INTERVIEW ALBERT LAFARGA CRUZ WITH PROPOSED ORDER**, (Expedited Treatment Requested), by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>SUSAN CUSHMAN
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

>*/s/ Blanca Lenzi*
>_____
>Employee of the Federal Public Defender