# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO CABALLERO-PEREZ,<br><br>          Defendant. | 2:13-cr-00085-JAD-PAL<br><br>**MINUTE ORDER** |

    Before the Court is Defendant's Motion to Re-Open Detention Hearing. (#70).

    IT IS HEREBY ORDERED that any opposition to the Motion to Re-Open Detention Hearing is due by 4:00 p.m., February 6, 2014. No reply necessary.

    IT IS FURTHER ORDERED that a hearing on Defendant's Motion to Re-Open Detention Hearing (#70) is scheduled for 10:00 a.m., February 13, 2014, in Courtroom 3D.

    DATED this 30th day of January, 2014.

                                                                            CAM FERENBACH
                                                                            UNITED STATES MAGISTRATE JUDGE